

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

UNITED STATES OF AMERICA,

v.                                              CRIMINAL NO. 2:07cr146

JOHN G. HINER,

        Defendant.

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Count 1 of the Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense.  I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

September 25 , 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was mailed this date to each of the following:

Riley H. Ross, III, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510

Michael C. Moore, Esquire
Assistant United States Attorney
8000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Fernando Galindo, Clerk

BY _____
                    Deputy Clerk

SEPTEMBER 26 _____, 2007